# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Keulen, Susan | U.S. District Court for the Northern District of California | 07/31/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

280 S. 1st Street
San Jose, CA 55113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▨▨▨▨▨ (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | November 7-8, 2017 | San Francisco, CA | IP Litigation Panelist | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Cash Accounts) | A | Interest | M | T | | | | | |
| 2. Citibank (Cash Account) | A | Interest | K | T | | | | | |
| 3. Chase (Cash Accounts) | A | Interest | J | T | | | | | |
| 4. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | J | T | | | | | |
| 5. O'Melveny & Myers LLP Cash Balance Retirement Account | | None | | | Distributed | 06/02/17 | M | | |
| 6. O'Melveny & Myers LLP Capital Account | | None | | | Distributed | 06/02/17 | N | | |
| 7. _____, PC | | None | M | U | | | | | |
| 8. Amersfoort Company | | None | L | U | | | | | |
| 9. Amersfoort LLC | | None | | | Distributed | 12/31/17 | N | | |
| 10. Gunter Building, LLC (X) | | None | J | T | | | | | |
| 11. Trust Account #1 (H) | | | | | | | | | |
| 12. Charles Schwab (Cash Account) (Y) | | | | | | | | | |
| 13. Trust Account #2 (H) | | | | | | | | | |
| 14. Charles Schwab Deposit Account (Cash) | A | Interest | J | T | | | | | |
| 15. Nike Inc (NKE) | A | Dividend | J | T | | | | | |
| 16. Powershares Global Clean Energy ETF (PBD) (X) | A | Dividend | J | T | | | | | |
| 17. Trust Account #3 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 19. Baird Core Plus Bd Inst (BCOIX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 20. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 21. Blackrock Total Return CL A (MDHQX) (Y) | | | | | | | | | |
| 22. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | J | T | Buy (add'l) | 06/29/17 | J | | |
| 23. Loomis Sayles Bond Fund Cl R (LSBRX) (Y) | | | | | | | | | |
| 24. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 25. Pimco Incm Cl P (PONPX) | A | Dividend | J | T | | | | | |
| 26. Prudential High Yield Fund Cl Z (PHYZX) (X) | A | Dividend | J | T | | | | | |
| 27. Prudential Total Return Bd Z (PBDZX) | B | Dividend | K | T | Buy | 06/29/17 | J | | |
| 28. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 29. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 30. Artisan Intl Value Fund Adv (APDKX) (X) | A | Dividend | J | T | | | | | |
| 31. Lazard Intl Equity Portfolio Inst Shares (LZIEX) (X) | A | Dividend | K | T | | | | | |
| 32. Oakmark Int'l Fd Class I (OAKIX) (Y) | | | | | | | | | |
| 33. Oakmark Int'l Small Cap Fund Adv (OAYEX) | A | Dividend | J | T | | | | | |
| 34. Oppenheimer Intl Small Mid Company Y (OSMYX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Core Equity Fund (SWANX) | C | Dividend | K | T | Sold (part) | 06/29/17 | J | B | |
| 36. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 37. Schwab Dividend Equity Fund (SWDSX) | B | Dividend | K | T | Sold (part) | 06/29/17 | J | A | |
| 38. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 39. Schwab Fundamental US Large Co Index (SFLNX) | A | Dividend | K | T | | | | | |
| 40. Schwab Fundamental US Small Co Index (SFSNX) | A | Dividend | J | T | | | | | |
| 41. Schwab Large-Cap Growth Fund (SWLSX) | A | Dividend | J | T | | | | | |
| 42. Schwab Small-Cap Equity Fund (SWSCX) | A | Dividend | J | T | | | | | |
| 43. Templeton Foreign Fund CL A (TFF1Z) (Y) | | | | | | | | | |
| 44. TIAA CREF INTL Equity Retail (TIERX) (Y) | | | | | | | | | |
| 45. Trust Account #4 (H) | | | | | | | | | |
| 46. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 47. Baird Core Plus Bd Inst (BCOIX) | B | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 48. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 49. Blackrock Total Return Cl A (MDHQX) (Y) | | | | | | | | | |
| 50. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | J | T | | | | | |
| 51. Loomis Sayles Bond Fund Cl R (LSBRX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 53. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 54. Pimco Incm Cl P (PONPX) | A | Dividend | J | T | | | | | |
| 55. Prudential High Yield Fund Cl Z (PHYZX) (X) | A | Dividend | J | T | | | | | |
| 56. Prudential Total Return Bd Z (PBDZX)) | B | Dividend | K | T | Buy | 06/29/17 | J | | |
| 57. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 58. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 59. Artisan Intl Value Fund Adv (APDKX) (X) | A | Dividend | J | T | | | | | |
| 60. Lazard Intl Equity Portfolio Inst Shares (LZIEX) (X) | A | Dividend | K | T | | | | | |
| 61. Oakmark Int'l Fd Class I (OAKIX) (Y) | | | | | | | | | |
| 62. Oakmark Int'l Small Cap Fund Adv (OAYEX) | A | Dividend | J | T | | | | | |
| 63. Oppenheimer Intl Small Mid Company Y (OSMYX) (X) | A | Dividend | J | T | | | | | |
| 64. Schwab Core Equity Fund (SWANX) | C | Dividend | K | T | Sold (part) | 06/29/17 | J | B | |
| 65. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 66. Schwab Dividend Equity Fund (SWDSX) | B | Dividend | K | T | Sold (part) | 06/29/17 | J | A | |
| 67. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 68. Schwab Fundemental US Large Co Index (SFLNX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Fundemental US Small CO Index (SFSNX) | A | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |
| 70. Schwab Large-Cap Growth Fund (SWLSX) | B | Dividend | J | T | | | | | |
| 71. Schwab Small-Cap Equity Fund (SWSCX) | B | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |
| 72. Templeton Foreign Fund Cl A (TFF1Z) (Y) | | | | | | | | | |
| 73. TIAA CREF Int'l Equity Retail (TIERX) (Y) | | | | | | | | | |
| 74. Trust Account #5 (H) | | | | | | | | | |
| 75. Charles Schwab Deposit Account (Cash) | A | Interest | M | T | | | | | |
| 76. Apple Stock (APL) | A | Dividend | M | T | Buy | 04/03/17 | M | | |
| 77. Berkshire Hathaway, Class B Stock (BRKB) | | None | M | T | Buy | 06/29/17 | M | | |
| 78. DowDupont Inc. (formerly E.I. De Nemours Du Pont) (DWDP) | A | Dividend | L | T | Buy | 06/29/17 | L | | |
| 79. Home Depot (HD) | A | Dividend | M | T | Buy | 06/29/17 | M | | |
| 80. Travelers Companies Group (TRV) | A | Dividend | M | T | Buy | 06/29/17 | M | | |
| 81. UnitedHealth Group (UNH) | B | Dividend | M | T | Buy | 06/29/17 | M | | |
| 82. IRA #1 (H) | | | | | | | | | |
| 83. Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 84. Baird Core Plus Bd Inst (BCOIX) | A | Dividend | K | T | Buy (add'l) | 06/29/17 | J | | |
| 85. Blackrock Total Return Cl A (MDHQX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | J | T | | | | | |
| 87. Loomis Sayles Bond Fund Cl R (LSBRX) (Y) | | | | | | | | | |
| 88. Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 89. Pimco Incm Cl P (PONPX) | A | Dividend | J | T | | | | | |
| 90. Prudential High Yield Fund Cl Z (PHYZX) (X) | A | Dividend | J | T | | | | | |
| 91. Prudential Total Return Bd Z (PBDZX) (X) | A | Dividend | K | T | | | | | |
| 92. Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | K | T | | | | | |
| 93. Artisan Intl Value Fund Adv (APDKX) (X) | A | Dividend | J | T | | | | | |
| 94. Lazard Intl Equity Portfolio Inst Shares (LZIEX) (X) | A | Dividend | J | T | | | | | |
| 95. Oakmark Int'l Fd Class I (OAKIX) (Y) | | | | | | | | | |
| 96. Oakmark Int'l Small Cap Fund Adv (OAYEX) | A | Dividend | J | T | | | | | |
| 97. Oppenheimer Intl Small Mid Company Y (OSMYX) (X) | A | Dividend | J | T | | | | | |
| 98. Schwab Core Equity Fund (SWANX) | A | Dividend | K | T | Sold (part) | 06/29/17 | J | C | |
| 99. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 100. Schwab Dividend Equity Fund (SWDSX) | B | Dividend | J | T | | | | | |
| 101. Schwab Fundemental US Large Co Index (SFLNX) | A | Dividend | J | T | | | | | |
| 102. Schwab Fundemental US Small Co Index (SFSNX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Schwab Large-Cap Growth Fund (SWLSX) | A | Dividend | J | T | | | | | |
| 104.  Schwab Small-Cap Equity Fund (SWSCX) | A | Dividend | J | T | | | | | |
| 105.  Templeton Foreign Fund CL A (TFF1Z) (Y) | | | | | | | | | |
| 106.  TIAA CREF Int'l Equity Retail (TIERX) (Y) | | | | | | | | | |
| 107.  IRA #2 (H) | | | | | | | | | |
| 108.  Schwab Cash Reserves (SWSXX) | A | Dividend | K | T | | | | | |
| 109.  Baird Core Plus Bd Inst (BCOIX) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 110.  Blackrock Total Return Cl A (MDHQX) (Y) | | | | | | | | | |
| 111.  Eaton Vance Floating Rate Advantage I (EIFAX) | A | Dividend | J | T | | | | | |
| 112.  Loomis Sayles Bond Fund Cl R (LSBRX) (Y) | | | | | | | | | |
| 113.  Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 114.  Pimco Incm Cl P (PONPX) | A | Dividend | J | T | | | | | |
| 115.  Prudential High Yield Fund Cl Z (PHYZX) (X) | A | Dividend | J | T | | | | | |
| 116.  Prudential Total Return Bd Z (PBDZX) (X) | A | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 117.  Western Asset Core Plus Bd Fd I (WATFX) | A | Dividend | K | T | | | | | |
| 118.  Artisan Intl Value Fund Adv (APDKX) (X) | A | Dividend | J | T | | | | | |
| 119.  Lazard Intl Equity Portfolio Inst Shares (LZIEX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Oakmark Int'l Fd Class I (OAKIX) (Y) | | | | | | | | | |
| 121. Oakmark Int'l Small Cap Fund Adv (OAYEX) | A | Dividend | J | T | | | | | |
| 122. Oppenheimer Intl Small Mid Company Y (OSMYX) (X) | A | Dividend | J | T | | | | | |
| 123. Schwab Core Equity Fund (SWANX) | C | Dividend | K | T | Sold (part) | 06/29/17 | J | A | |
| 124. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 125. Schwab Dividend Equity Fund (SWDSX) | B | Dividend | K | T | | | | | |
| 126. Schwab Fundemental US Large Co Index (SFLNX) | A | Dividend | J | T | | | | | |
| 127. Schwab Fundemental US Small Co Index (SFSNX) | A | Dividend | J | T | | | | | |
| 128. Schwab Large-Cap Growth Fund (SWLSX) | A | Dividend | J | T | | | | | |
| 129. Schwab Small-Cap Equity Fund (SWSCX) | A | Dividend | J | T | | | | | |
| 130. Templeton Foreign Fund Cl A (TFF1Z) (Y) | | | | | | | | | |
| 131. TIAA CREF Int'l Equity Retail (TIERX) (Y) | | | | | | | | | |
| 132. IRA #3 (H) | | | | | | | | | |
| 133. RBC Money Mkt Obligs Tr Federated Prime Obligs Fd | A | Dividend | J | T | | | | | |
| 134. Advisors Inner Circle Fd II Champlain Small Co Fd Instl (CIPNX) (X) | B | Dividend | J | T | Sold (part) | 10/11/17 | K | B | |
| 135. Alger Fds II Spectra Fd Cl Z (ASPZX) | C | Dividend | L | T | Buy | 10/11/17 | L | | |
| 136. Amazon (X) (Y) | | | | | | | | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Apple Inc (AAPL) | A | Dividend | | | Sold | 02/23/17 | K | A | |
| 138. Artisan Partners Fds Inc Int'l Value Fd Adv (APDKX) | | None | L | T | Buy | 10/11/17 | L | | |
| 139. Artisan Partners Fds Inc Mid Cap Value Fd Adv (APDQX) (X) | | None | | | Sold | 10/11/17 | K | B | |
| 140. Blackstone Group LP Common Units (Private Issue) | A | Dividend | | | Sold | 02/23/17 | J | | |
| 141. Costco Wholesale Corp-New (COST) | A | Dividend | | | Sold | 02/23/17 | K | C | |
| 142. Facebook Inc Cl A (FB) | | None | | | Sold | 02/23/17 | K | D | |
| 143. Fedex Corp (FDX) | A | Dividend | | | Sold | 02/23/17 | K | B | |
| 144. Gilead Sciences Inc (GILD) | | None | | | Sold | 02/23/17 | J | | |
| 145. Income Fd Amer Inc Fl F2 (AMEFX) (X) | A | Dividend | | | Sold | 10/11/17 | L | C | |
| 146. Ishares Nasdaq Biotechnology Index Fd (IBB) | | None | | | Sold | 02/23/17 | J | D | |
| 147. JP Morgan Diversified Mid Cap Growth Fd Cl I (HLGEX) | B | Dividend | K | T | Buy | 10/11/17 | K | | |
| 148. JP Morgan Tr II Equity Income Fd Cl I (HLIEX) (X) | B | Dividend | L | T | Sold (part) | 10/11/17 | L | C | |
| 149. Lululemon Athletica Inc (LULU) (X) (Y) | | | | | | | | | |
| 150. Mastercard Incorporated (MA) | A | Dividend | | | Sold | 02/23/17 | K | B | |
| 151. Mckesson Corp (MCK) | A | Dividend | | | Sold | 02/23/17 | J | | |
| 152. Microchip Technology Inc (MCHP) | A | Dividend | | | Sold | 02/23/17 | K | D | |
| 153. Netflix (X) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PIMCO Funds, Pimco Income Fund Cl. P. (X) | | None | | | Sold | 10/17/17 | J | A | |
| 155. PJT Partners Inc Class A Com (PJT) | | None | | | Sold | 02/23/17 | J | | |
| 156. Starbucks Corp (SBUX) | A | Dividend | | | Sold | 02/23/17 | K | B | |
| 157. Vanguard Mid Cap Value Index Fund Admiral (VMAX) | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 158. Walt Disney Co (DIS) | A | Dividend | | | Sold | 02/23/17 | J | | |
| 159. Whole Foods Market Inc (WFM) | A | Dividend | | | Sold | 02/23/17 | J | | |
| 160. Allergan PLC (AGN) | | None | | | Sold | 02/23/17 | J | | |
| 161. Broadcom Limited (X) (Y) | | | | | | | | | |
| 162. IRA #4 (H) | | | | | | | | | |
| 163. Fidelity Cash Management (cash account) | B | Dividend | K | T | | | | | |
| 164. Keogh #1 (H) | | | | | | | | | |
| 165. Fidelity Sptn 500 Index Adv | A | Dividend | | | Sold | 06/30/17 | K | | |
| 166. Buffalo Small Cap Stock (X) (Y) | | | | | | | | | |
| 167. Fid Fdm Idx 2020 Inv (X) (Y) | | | | | | | | | |
| 168. Fidelity Diversified Int'l K | | None | | | Sold | 06/30/17 | L | | |
| 169. Fidelity Low Priced Stk K | | None | | | Sold | 06/30/17 | N | | |
| 170. T. Rowe Price Inst Lg Cap Grth | | None | | | Sold | 06/30/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fidelity Sptn Ext Mkt Index Adv | A | Dividend | | | Sold | 06/30/17 | L | | |
| 172. American Beacon Large Cap Value Fund Inst | | None | | | Sold | 06/30/17 | N | | |
| 173. Fidelity Puritan K | A | Dividend | | | Sold | 06/30/17 | M | | |
| 174. PIMCO High Yield Inst | B | Dividend | | | Sold | 06/30/17 | M | | |
| 175. Fidelity Managed Income Portfolio II CL 1 | A | Dividend | | | Sold | 06/30/17 | M | | |
| 176. Prudential Total Return Bd Q | A | Dividend | | | Sold | 06/30/17 | M | | |
| 177. Fidelity Treasury Only Money Market Fund | A | Dividend | | | Sold | 06/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 07/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Transactions and coding through June 30, 2017, overlap with the initial report. As a result, items in the initial report indicating no value as of the end of June 2017 may also carry coding or transactions in this report. This is not indicative of missing transactions, but of the duplication resulting from overlapping reporting periods. Purchases on lines 27 and 56 settled after the close of the initial reporting period.

Part VII, lines 19, 22, 24, 25, 29, 33, 47, 50, 52, 54, 58, 62, 78, 84, 86, 88, 89, 92, 96, 109, 111, 113, 114, 117, and 121: Corporate name changes only. See initial report, lines 17, 19, 21, 22, 23, 25, 36, 38, 40, 41, 42, 44, 57, 63, 65, 67, 68, 69, 71, 82, 84, 86, 87, 88, and 90, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan van Keulen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544